**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JONAS SEBASTIAN JÖDICKE,

     Plaintiff,                         Case No.: 1:22-cv-04905

v.                                 Judge Virginia M. Kendall

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge Jeffrey Cummings
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 87 | Tiitstoy ★ ★ 7-14 Days Delivery(2022) |
| 102 | quanzhoulichengbaitingdianzishangwuyouxiangongsi |
| 81 | 小林家的店 |
| 162 | Cuekondy |
| 117 | LINGYA POSTER |
| 125 | EOTDMS |
| 24 | Xuniding945 |
| 195 | JINXIANG/ |
| 132 | winnerEco |
| 51 | JenPsaon |
| 179 | CHui DECOR |
| 146 | QAUANXIN |
| 135 | Tippsy LLC Store |
| 25 | linjianxin2021 |
| 18 | XIAOYU PE |

DATED:  October 16, 2022

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 16, 2022 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt